## PROPOSED ORDER/COVER SHEET

**TO:**  **Honorable Edward M. Chen, U.S. Magistrate Judge**   **RE:**   **TRONG DU NGUYEN**

**FROM:**  **Claudette M. Silvera, Chief**    **DOCKET NO.:**   **CR 05-00395 JSW**
**U.S. Pretrial Services Officer**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Hien T. Nguyen**                          **408-535-5027**
**U.S. Pretrial Services Officer**                 **TELEPHONE NUMBER**

**RE:**   **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☒   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒   Modification(s)
A.   Def. shall provide verifiable proof of income to PTS when instructed.

B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____          August 5, 2005
**JUDICIAL OFFICER**                      ~~July 25, 2003~~
                                          **DATE**

**Cover Sheet** (12/03/02)