**ORIGINAL**

Edward W. Swanson SBN #159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for TRONG NGUYEN



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRONG NGUYEN<br><br>    Defendant. | Case No. CR 05-0395 CRB<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR EXONERATION OF BOND FOR TRONG NGUYEN |

On January 30, 2006, Mr. Nguyen was dismissed as a defendant in the above-captioned matter. In connection with his release before the case against him was dismissed, Mr. Nguyen's sister, Anh Vuong Northcutt, posted her property located at 2994 Cropley Avenue, San Jose, California as bond on behalf of Mr. Nguyen. As the case against him has been dismissed, Mr. Nguyen hereby requests that the Court order the reconveyance of the Deed of Trust for the property posted as bond to Anh Vuong Northcutt.

DATED: January 31, 2006

                _____
                EDWARD W. SWANSON
                Swanson, McNamara & Haller LLP
                Attorney for Defendant TRONG NGUYEN

## ORDER

For good cause shown, IT IS HEREBY ORDERED, that the Clerk of the Court is instructed to provide to Anh Vuong Northcutt the full reconveyance for the property located at 2994 Cropley Avenue, San Jose, California, posted in the above-captioned case.

**IT IS SO ORDERED.**

DATED: February 02, 2006

CHARLES R. BREYER
United States District Judge