ORIGINAL

Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for TRONG DU NGUYEN



RECEIVED
06 FEB -3 PM 1:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-0395 JSW CRB |
| Plaintiff, | **TRONG DU NGUYEN'S APPLICATION FOR RETURN OF U.S. PASSPORT** |
| vs. | |
| TRONG DU NGUYEN, | |
| Defendant. | |

Trong Du Nguyen has been dismissed as a defendant in the above-captioned matter. By this Application, Mr. Nguyen hereby respectfully requests the Court to issue an order returning Mr. Nguyen's United States Passport which is currently in the custody of the Clerk of the Court

Dated: February 3, 2006

Respectfully submitted,

Edward Swanson
SWANSON, MCNAMARA & HALLER LLP
Attorney for TRONG DU NGUYEN

Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for TRONG DU NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 05-0395 JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RETURNING TRONG DU NGUYEN'S PASSPORT |
| vs. | |
| TRONG DU NGUYEN, | |
| Defendant. | |

Based upon the application filed by TRONG DU NGUYEN, the Court HEREBY ORDERS that Mr. Nguyen's United States Passport be returned to Mr. Nguyen.

IT IS SO ORDERED.

Dated: February 06, 2006

The Honorable ~~Jeffrey S. White~~
UNITED STATES DISTRICT JUDGE